UNITED STATES DISTRICT COUR09-10559T
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-10559-GAO

ACS AUXILIARIES GROUP, INC.,
Plaintiff,

v.

ESTELLE CREEL,
Defendant.


<u>ORDER</u>
July 22, 2011

O'TOOLE, D.J.

Upon review of ACS Auxiliaries Group's submissions, the motion for summary

judgment (dkt. no. 23), which stands unopposed, is GRANTED. ACS is entitled to $446,723.49,[1]

the value of the misappropriated checks at the time of conversion, as well as statutory interest of

$121,900.44 running from the date the action was commenced, April 13, 2009. <u>See</u> Mass. Gen.

Laws ch. 231, § 6B. Judgment shall be entered in favor of ACS in that sum, $568,623.93.[2]

It is SO ORDERED.



    /s/ George A. O'Toole, Jr.
United States District Judge

---

[1] This figure differs slightly from the total suggested by ACS due to errors on ACS's summary chart for checks numbered 6560 and 1352.
[2] In light of ACS's request for judgment, the Court regards Count I as waived.